**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Brandable Ventures, LLC, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV 20-08427-ODW(JPR) |
| Zyppah, Inc. et al., | ☐ **NOTICE**   ☒ **NOTICE AND ORDER REGARDING TRANSFER AND/OR REASSIGNMENT OF PATENT CASE** |
| DEFENDANT(S). | |

IT IS HEREBY ORDERED, pursuant to General Order 19-10, that:

☒ this case be transferred to the Patent Pilot Program and reassigned as necessary to participating judges.

☐ all discovery matters that are or may be referred to a magistrate judge be reassigned to a Program Magistrate Judge.

September 16, 2020
_____
Date

_____
United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL FROM CLERK**

As ordered above, or as directed by General Order 19-10 without need of further order, this case has been reassigned as follows:

☒ from Judge _____Otis D. Wright, II_____
to Judge _____John A. Kronstadt_____ , for all further proceedings.

☐ from Magistrate Judge _____
to Magistrate Judge _____ , for any discovery matters that are or may be referred to a magistrate judge.

On all documents subsequently filed in this case, please substitute the initials _____JAK_____ after the case number, so that the case number will now read :

_____2:20-cv-08427 JAK(JPRx)_____

This is very important because documents are routed to the assigned judges by means of these initials.

cc: ☐ *Previous Judge(s)*

CV-128 (11/19)        **NOTICE/ORDER REGARDING TRANSFER AND/OR REASSIGNMENT OF PATENT CASE**